# IN THE SUPREME COURT, STATE OF WYOMING

## 2017 WY 79

*April Term, A.D. 2017*

**June 28, 2017**

CHRISTOPHER P. PALMER,

Appellant
(Defendant),

v.                                                      S-17-0052

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S "ORDER REVOKING PROBATION AND IMPOSING UNDERLYING SENTENCE"

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's November 23, 2016, "Order Revoking Probation and Imposing Underlying Sentence."  In that order, the district court revoked Appellant's standard probation and imposed a sentence of 30 to 48 months for the offense of larceny by baillee.  Wyo. Stat. Ann. § 6-3-402 (LexisNexis 2009) (This statute has since been significantly amended).

[¶2]    On April 6, 2017, this Court filed Appellant's court-appointed appellate counsel's brief, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court ordered that, on or before June 12, 2017, Appellant would be permitted to file a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court further provided notice that, after the time for filing a *pro se* brief expired, this Court would decide whether counsel should be allowed to withdraw and, if appropriate, make a final decision on this appeal.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel should be allowed to withdraw and that the district court's November 23, 2016, "Order Revoking Probation and Imposing Underlying Sentence" should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Christopher P. Palmer, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's November 23, 2016, "Order Revoking Probation and Imposing Underlying Sentence" be, and the same hereby is, affirmed.

[¶6]    **DATED** this 28th day of June, 2017.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**